| | |
|---|---|
| STATE OF MINNESOTA | IN DISTRICT COURT |
| COUNTY OF WASHINGTON | TENTH JUDICIAL DISTRICT |
| | Case Type:  Civil Other/Misc. |
| | Court File No. 82-CV-19-562 |

Creekview of Hugo Association,

                Plaintiff,

vs.

Owners Insurance Company,

                Defendant.

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE TO STATE COURT OF FILING OF REMOVAL

TO:    PLAINTIFF ABOVE-NAMED AND ITS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant filed a Notice of Removal of this action in the United States District Court for the District of Minnesota on February 27, 2019, pursuant to the provisions of 28 U.S.C. § 1441(b).  A copy of the Notice of Removal is attached to this Notice.

This Notice is filed and served pursuant to 28 U.S.C. § 1446(d), which states:

> Promptly after the filing of such Notice of Removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the Notice with the clerk of such state court, which shall affect the removal and the state court shall proceed no further unless and until the case is remanded.

With this filing, Plaintiff is given the required written notice, and this action now stands removed from the Tenth Judicial District, Washington County District Court to the United States District Court for the District of Minnesota.  All further proceedings with respect to this matter shall be heard by the Federal Court.

The undersigned hereby acknowledges that sanctions may be awarded pursuant to Minn. Stat. § 549.211.

Dated this 25th day of September, 2017.

    /s/ Brock P. Alton
Brock P. Alton #0388335
GISLASON & HUNTER LLP
Attorneys for Defendant
701 Xenia Avenue South, Suite 500
Minneapolis, MN  55416
Phone:  (763) 225-6000
Email: balton@gislason.com

2652093.1