UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Creekview of Hugo Association, Inc.,      File No. 19-cv-0487 (ECT/TNL)

    Plaintiff,

v.

                                        **ORDER**

Owners Insurance Company,

    Defendant.

---

In this insurance dispute, the Court previously made determinations of the amount of recoverable depreciation, pre-award interest, and post-award interest Defendant Owners Insurance Company owes its insured Plaintiff Creekview of Hugo Association, Inc., following hail and wind damage Creekview's property suffered in a June 2017 storm. *See* ECF Nos. 20, 22. The Court also held that Minnesota statutes entitle Creekview to recover reasonable attorney's fees, costs, and expenses in an amount yet to be determined, and ordered Creekview to file any motion for an award of such amounts on or before June 27, 2019. *See* ECF No. 22.

Creekview timely filed a motion and supporting papers seeking $29,636.00 in attorney's fees and $876.11 in costs and expenses incurred in litigating this action. *See* ECF Nos. 23–27. Owners has filed no opposition to that motion within the time permitted by the Court. *See* ECF No. 22. Upon review of Creekview's submissions, the Court concludes that the amount of professional time for which Creekview seeks attorney's fees is reasonable, given the complexity and evolving nature of the this case's relevant law,

facts, and procedural posture, and that the hourly rates at which Creekview seeks compensation are warranted given the experience and ability of counsel for both Creekview and Owners, as well as the result Creekview's counsel has achieved.  Furthermore, the Court finds that the costs and expenses Creekview seeks are appropriate and reasonable, and were necessarily incurred in the prosecution of this matter.

Based on the foregoing, and all of the files, records, and proceedings herein, **IT IS ORDERED THAT** Plaintiff Creekview of Hugo Association, Inc. is awarded $29,636.00 in attorney's fees, $205.50 in statutory costs, and $670.61 in reasonable litigation expenses.

**LET JUDGMENT BE ENTERED ACCORDINGLY**


Dated:  July 12, 2019         s/ Eric C. Tostrud
                              Eric C. Tostrud
                              United States District Court