# UNITED STATES DISTRICT COURT
## District of Minnesota

Creekview of Hugo Association, Inc.　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case Number: 19-cv-487-ECT-TNL

Owners Insurance Company

　　　　　　　　　　　Defendant.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

　　Plaintiff Creekview of Hugo Association, Inc. is awarded $29,636.00 in attorney's fees, $205.50 in statutory costs, and $670.61 in reasonable litigation expenses.

Date:　July 15, 2019　　　　　　　　　　　　KATE M. FOGARTY, CLERK

　　　　　　　　　　　　　　　　　　　　　　　s/Lynnette Brennan
　　　　　　　　　　　　　　　　　　　(By)　Lynnette Brennan, Deputy Clerk